# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **DIANA ALESHIRE, as Administrator of the Estate of Richard Aleshire, Deceased**<br>230 Vermont Avenue<br>Dayton, OH 45404 | \* <br> \* <br> \* <br> \* | **CASE NO.:**<br><br>**JUDGE:** |
| Plaintiff, | \* | |
| v. | \* | **COMPLAINT FOR PERSONAL INJURIES AND WRONGFUL DEATH** |
| **UNITED STATES OF AMERICA**<br>c/o Office of General Counsel<br>441 Wolf Ledgers Parkway<br>Suite 403<br>Akron, Ohio 44311 | \* <br><br> \* <br><br> \* | |
| Defendant. | | |

Now comes Plaintiff, Diana Aleshire, as the duly appointed Administrator of the Estate of Richard Aleshire, deceased, in her administrative capacity, and beneficially entitled next-of-kin of Decedent pursuant to Ohio Revised Code Sections 2305.21, 2125.01 and 2125.02, and for her Complaint against Defendant, The United States of America, states as follows.

## JURISDICTION

1.  At all times relevant hereto, Plaintiff, Diana Aleshire, is and was the duly appointed Administrator of the Estate of Richard Aleshire, Deceased, Case No. 2016EST01147 in the Probate Court of Montgomery County, Ohio, and she is a resident

COWAN & HILGEMAN
12 West Monument Avenue, Suite 100
Dayton Ohio 45402
Tel: (937)222-2030 • Fax: (937)224-7182

of Montgomery County, Ohio. A copy of the letter of authority issued by the Probate Court of Montgomery County, Ohio, is attached hereto as Exhibit 1.

2. At all times relevant hereto, Defendant, United States of America, acting through the U.S. Department of Veterans Affairs, owned and/or operated a hospital system known as the Dayton VA Medical Center at 4100 W. Third Street, Dayton, Ohio 45428.

3. At all times relevant hereto, the Dayton VA Medical Center provided medical care and transportation services to its veterans, including, but not limited to, Richard Aleshire, deceased.

4. At all times relevant hereto, the Dayton VA Medical Center would provide transportation services to Mr. Aleshire wherein the Dayton VA Medical Center would send a driver to Mr. Aleshire's home and transport him to the Dayton VA Medical Center for dialysis treatment.

5. At all times relevant hereto, the driver, identified as Anthony Reynolds, who had a history of prior driving citations and accidents, was an employee, representative and/or agent of the Dayton VA Medical Center, and operated a motor vehicle owned by the Dayton VA Medical Center with the intent to provide transportation services to disabled military veterans so that they could obtain reasonable, necessary and life-sustaining medical treatment at the Dayton VA Medical Center.

6. On April 25, 2016, Anthony Reynolds, arrived at the personal residence of Mr. Aleshire, who was wheelchair bound, to transport Mr. Aleshire to the Dayton VA Medical Center for dialysis treatment, and in the process of transporting Mr. Aleshire to the Dayton VA Medical Center, operated his motor vehicle in a negligent manner,

COWAN & HILGEMAN
12 West Monument Avenue, Suite 100
Dayton Ohio 45402
Tel: (937)222-2030 • Fax: (937)224-7182

thereby causing significant injury to Mr. Aleshire which resulted in his hospitalization and eventual death on June 9, 2016, at the Dayton VA Medical Center.

7. As a direct result of Mr. Reynolds' negligence and recklessness, Defendant, United States of America, by and through the actions of the Dayton VA Medical Center, its employees, agents and/or representatives, is vicariously liable for the acts and/or omissions on the part of its employees, agents and/or representatives.

8. Plaintiff, individually and as the personal representative of the Estate of Richard Aleshire, Deceased, filed her administrative claim for damages, injury and death on January 31, 2017.

9. Plaintiff has exhausted all administrative remedies as required by 28 U.S.C. § 2675(a).

10. Jurisdiction is proper in this forum pursuant to 28 U.S.C. § 2675(a) and 28 U.S.C § 1346(b).

11. Plaintiff has timely commenced her Complaint seeking judicial relief in accordance with 28 U.S.C. § 2401(b).

### FIRST CAUSE OF ACTION
### (Survival Claim)

12. Plaintiff hereby incorporates the foregoing paragraphs by reference as if set forth fully herein.

13. As a proximate and direct result of Mr. Reynolds' negligence and recklessness, Defendant, United States of America, by and through the actions of the Dayton VA Medical Center, caused Richard Aleshire, deceased, born on March 14, 1947, and sixty-nine (69) years of age at the time of his premature death, to suffer great pain

COWAN & HILGEMAN
12 West Monument Avenue, Suite 100
Dayton Ohio 45402
Tel: (937)222-2030 • Fax: (937)224-7182

and suffering, great pain of body and mind, loss of enjoyment of life, mental anguish and death.

14. As a proximate and direct result of Reynolds' negligence and recklessness, Defendant, United States of America, by and through the actions of the Dayton VA Medical Center, caused Richard Aleshire, deceased, to suffer lost financial benefits and income and to incur significant healthcare and medical expenses.

**WHEREFORE**, Plaintiff Diana Aleshire, Individually, as the Administrator of the Estate of Richard Aleshire, Deceased, and as the Personal Representative of the Beneficially Entitled Next of Kin, demands judgment against the United States of America in the amount of Four Million and Two Hundred Thousand Dollars ($4,200,000.00), plus costs, interest and any other relief recognized by the laws of the State of Ohio and this Court.

## SECOND CAUSE OF ACTION
### (Wrongful Death)

15. Plaintiff hereby incorporates the foregoing paragraphs by reference as if set forth fully herein.

16. The aforesaid negligence and/or recklessness of Defendant, United States of America, by and through its employees, agents and/or representatives, further proximately caused the premature and untimely death of Richard Aleshire on June 9, 2016, and so further proximately caused Mr. Aleshire's family, including next-of-kin, to suffer damages for the loss of his society, companionship, care, love, assistance, attention, protection, advice, counsel, guidance, instruction, training, education, services, financial support, together with mental anguish, emotional distress, and loss of life's amenities, and numerous tangible and intangible benefits which would have been derived

COWAN & HILGEMAN
12 West Monument Avenue, Suite 100
Dayton Ohio 45402
Tel: (937)222-2030 • Fax: (937)224-7182

from Richard Aleshire's continued life, and such damages continue with permanent residuals in the future, and further proximately caused Decedent's family to incur reasonable charges for funeral and burial expenses in an amount to be determined.

**WHEREFORE**, Plaintiff, Diana Aleshire, Individually, as the Administrator of the Estate of Richard Aleshire, Deceased, and as the Personal Representative of the Beneficially Entitled Next of Kin, demands judgment against the United States of America in the amount of Four Million and Two Hundred Thousand Dollars ($4,200,000.00), plus costs, interest and any other relief recognized by the laws of the State of Ohio and this Court.

Respectfully submitted,

/s/ Jack R. Hilgeman
Jack R. Hilgeman (0086863)
COWAN & HILGEMAN
12 W. Monument Ave., Suite 100
Dayton, Ohio 45402
Tel. (937) 222-2030
jack@cowanhilgemanlaw.com
Fax (937) 224-7182
*Attorney for Plaintiff*
