IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DIANA ALESHIRE, as
Administrator of the Estate of
Richard Aleshire, Deceased,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

:
:
:
:
:

Case No. 3:18-cv-165

JUDGE WALTER H. RICE

---

DECISION AND ENTRY SUSTAINING JOINT MOTION FOR EXTENSION OF DISCOVERY AND DISPOSITIVE MOTION DATES (DOC. #19); SETTING CONFERENCE CALL

---

For good cause shown, the Court SUSTAINS the parties' Joint Motion for Extension of Discovery and Dispositive Motion Dates in the Parties' Rule 26(f) Report, Doc. #19. The Court ADOPTS the dates proposed in that Motion. At the parties' request, a conference call will be held on April 6, 2020, at 4:45 p.m., following the close of discovery, to discuss possible mediation. Trial remains set for August 3, 2020.

Date: August 13, 2019

                                                  WALTER H. RICE
                                                  UNITED STATES DISTRICT JUDGE